[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-13918
Non-Argument Calendar

_____

D.C. Docket No. 6:19-cr-00136-GKS-EJK-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONDI KENTRAIL FREENEY,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 28, 2020)

Before JORDAN, NEWSOM, and BRANCH, Circuit Judges.

PER CURIAM:

Thomas Dale, appointed counsel for Dondi Freeney in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Freeney's conviction and sentence is **AFFIRMED**.